Steven J. McCardell (2144)
smccardell@djplaw.com
Ian S. Davis (11190)
idavis@djplaw.com
**DURHAM JONES & PINEGAR, P.C.**
111 South Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

Counsel for Keystone National Group, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>SPENCER STEVEN ANGERBAUER,<br><br>Debtor. | Bankruptcy Case No. 18-24560 WTT<br><br>Chapter 7<br><br>Judge William T. Thurman |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that Keystone National Group, LLC ("Keystone"), a creditor of the Debtor in this bankruptcy case, hereby appears in the above-captioned case through its counsel Durham Jones & Pinegar, P.C., and requests, pursuant to sections 102(1) and 342 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the following:

        Steven J. McCardell
        smccardell@djplaw.com
        Ian S. Davis
        idavis@djplaw.com
        DURHAM JONES & PINEGAR, P.C.
        111 South Main Street, Suite 2400
        P.O. Box 4050
        Salt Lake City, UT 84110-4050
        Telephone: (801) 415-3000
        Facsimile: (801) 415-3500

The undersigned also requests that the above referenced names and corresponding addresses be added to the official and any limited mailing matrix and to ECF noticing in this bankruptcy case.

     PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits filed by Keystone shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any case, controversy or proceeding; (iii) the right to seek an order of the District Court withdrawing the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which right, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 13th day of August, 2018.

        DURHAM JONES & PINEGAR, P.C.

By: /s/ Steven J. McCardell
    Steven J. McCardell (2144)
    Ian S. Davis (11190)
    111 S. Main Street, Suite 2400
    Salt Lake City, UT   84111
    Telephone:  (801) 415-3000
    Facsimile:   (801) 415-3500

Counsel for Keystone National Group, LLC

**CERTIFICATE OF SERVICE- BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on August 13, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- Ryan C. Cadwallader     rcadwallader@kmclaw.com, tslaughter@kmclaw.com
- Elizabeth R. Loveridge tr     eloveridge@strongandhanni.com, rchristensen@strongandhanni.com;eloveridge@ecf.epiqsystems.com
- Adelaide Maudsley     amaudsley@kmclaw.com, tslaughter@kmclaw.com
- Darren B. Neilson     darren@neilsonlaw.co
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

        /s/  Kristin Hughes